# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| **LAURENCE BARTELL, et al.** | ) | **CASE NO.  2:14-cv-00401** |
| | ) | |
| Plaintiffs, | ) | **JUDGE EDMUND A. SARGUS** |
| | ) | |
| vs. | ) | **MAGISTRATE JUDGE MARK ABEL** |
| | ) | |
| **LTF CLUB OPERATIONS** | ) | |
| **COMPANY, INC.** | ) | **NOTICE OF CHANGE OF ADDRESS** |
| | ) | |
| Defendant. | ) | |

PLEASE TAKE NOTICE that the address of Frantz Ward LLP has changed to:

Frantz Ward LLP
200 Public Square, Suite 3000
Cleveland, Ohio  44114

The telephone and facsimile numbers and e-mail addresses will remain the same.

      Respectfully submitted,

      /s/ Gregory R. Farkas
      Christopher C. Koehler  (0059384)
      TRIAL COUNSEL
      Gregory R. Farkas  (0069109)
      Lindsey Carr Siegler  (0074182)
      FRANTZ WARD LLP
      200 Public Square, Suite 3000
      Cleveland, Ohio  44114
      216-515-1660 – Telephone
      216-515-1650 – Facsimile
      ckoehler@frantzward.com
      gfarkas@frantzward.com
      lcarrsiegler@frantzward.com

      *Attorneys for Defendant*
      *LTF Club Operations Company, Inc.*

**CERTIFICATE OF SERVICE**

I do hereby certify that, on this 24th day of March, 2015, a copy of the foregoing was filed electronically with the Federal Court.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

/s/ Gregory R. Farkas
One of the Attorneys for Defendant
LTF Club Operations Company, Inc.