Exhibit 2

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **LAURENCE BARTELL**, *et al.*, | : |
| | : Case No. 2:14-cv-00401 |
| Individually and on behalf of all | : |
| others similarly situated, | : Judge Michael H. Watson |
| | : |
| *Plaintiffs*, | : |
| | : |
| v. | : |
| | : |
| **LTF CLUB OPERATIONS COMPANY**, | : |
| **INC.**, | : |
| | : |
| *Defendant*. | : |

## FINAL JUDGMENT

IT IS HEREBY ADJUDGED AND DECREED THAT:

1. The settlement of this class action on the terms set forth in the parties' Settlement Agreement with Exhibits[1] (collectively, the "Settlement Agreement"), dated January 21, 2020, is approved, and the following Class is granted certification for settlement purposes under Fed. R. Civ. P. 23(b)(3):

    The Class includes people who: (1) joined a Life Time health and fitness center operated in Ohio ("Life Time Centers") prior to May 27, 2015; (2) cancelled their membership between March 25, 2012 and September 24, 2016; and (3) paid net joining fees and dues to Defendant in an amount greater than $0.00. Excluded from the Settlement Class are 1) all executives, officers, and board members of Defendant; 2) all persons employed by Class Counsel; 3) all employees of Judge

---

[1] Unless otherwise provided herein, all terms in this Final Judgment shall have the same meaning as set forth in the Settlement Agreement.

Watson's chambers and members of his immediate family; and 4) all persons who exclude themselves from the Settlement Class by submitting a timely and valid Request for Exclusion.

2. Individual email or postcard Notice and a reminder email or postcard notice complying with Fed. R. Civ. P. 23(c)(2), 23(e) were sent to each reasonably identifiable Class Members' last-known address and/or email address. Follow-up procedures outlined in the Settlement Agreement were completed on behalf of the parties. The Court finds that the Settlement Class Members, as defined in the Settlement Agreement, are bound by the Final Judgment.

3. A notice of Settlement was mailed to government officials as required by the Class Action Fairness Act (CAFA), 28 U.S.C. § 1715.

4. The claims in this action are dismissed on the merits and with prejudice according to the terms and conditions set forth in the parties' Settlement Agreement and in the Court's Final Order Approving Class Action Settlement, dated _____, 20__, without costs to any party or non-party except as provided therein.

FINAL JUDGMENT is hereby entered in accordance with Fed. R. Civ. P. 58 this _____ day of _____, 20__.

_____
HONORABLE MICHAEL H. WATSON
UNITED STATES DISTRICT COURT JUDGE,
SOUTHERN DISTRICT OF OHIO

7/17/2020 36498186